| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Roberto** | **Miguel** | **Mazzoni** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number | 3:19-bk-33128-SHB | | |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **Jeep**
        Model: **Wrangler Unlimited**
        Year: **2018**
        Approximate mileage: **21,300**
        Other information:
        VIN #1C4BJWFG8JL811316

        Who has an interest in the property? Check one
        ■ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another
        ☐ Check if this is community property (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

        Current value of the entire property?  **$34,000.00**
        Current value of the portion you own?  **$34,000.00**

   3.2  Make: **Jeep**
        Model: **Wrangler Unlimited**
        Year: **2018**
        Approximate mileage: **20,000**
        Other information:
        VIN #1C4HJXDG2JW223316

        Who has an interest in the property? Check one
        ■ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another
        ☐ Check if this is community property (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

        Current value of the entire property?  **$31,000.00**
        Current value of the portion you own?  **$31,000.00**

Debtor 1  **Roberto Miguel Mazzoni**    Case number *(if known)*  **3:19-bk-33128-SHB**

| 3.3 | Make: | **Jeep** |
| --- | --- | --- |
| | Model: | **Grand Cherokee** |
| | Year: | **2014** |
| | Approximate mileage: | **52,000** |
| | Other information: | |
| | **VIN #1C4RJFBG7EC502866** | |

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $18,000.00 | $18,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$83,000.00**

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☑ No
   ☐ Yes. Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

    | Clothing | $400.00 |
    | --- | --- |

| Debtor 1 | **Roberto Miguel Mazzoni** | Case number *(if known)* | **3:19-bk-33128-SHB** |
|---|---|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Watch** | **$600.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................**  **$1,000.00**

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes............................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................   Institution name:

    | 17.1. | **Checking** | **BB & T** | **$300.00** |
    |---|---|---|---|
    | 17.2. | **Savings** | **Knoxville TVA Employees Credit Union** | **$5.00** |
    | 17.3. | **Savings** | **Y-12 Federal Credit Union** | **$5.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
       Name of entity:                                                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No

| Debtor 1 | Roberto Miguel Mazzoni | Case number *(if known)* | 3:19-bk-33128-SHB |
|---|---|---|---|

☐ Yes. Give specific information about them
                  Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                    Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                                                                              _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                  Company name:                  Beneficiary:                  Surrender or refund

| Debtor 1 | Roberto Miguel Mazzoni | Case number *(if known)* | 3:19-bk-33128-SHB |
|---|---|---|---|

value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---|
| TCPA claim against Synchrony Bank<br>Brent Snyder, attorney | Unknown |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................... | **$310.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| **The market values listed with regard to all items in Schedule B represent the debtor's opinion as to the market value. The sole opinion of the Debtor(s) was arrived without resort to the outside sources and are based upon their view of sales of used personal property in "as is" condition considering a relatively quick sale in the open market place. The "market value" is not intended to indicate original cost or replacement value as may be used for homeowners insurance or other legal purposes.** | $0.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................. | **$0.00**

| Debtor 1 | **Roberto Miguel Mazzoni** | Case number *(if known)* | **3:19-bk-33128-SHB** |
|---|---|---|---|

| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................. | | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $83,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $1,000.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $310.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $84,310.00 | Copy personal property total → $84,310.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $84,310.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROBERTO MIGUEL MAZZONI | ) | Case No. 3:19-33128-SHB |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

NOTICE OF AMENDMENT

Comes now the Debtor, by and through counsel, and pursuant to E.D. Tenn. LR 1009-1(b), does hereby give notice of the following amendment(s):

1. Amending Schedules A/B & C to add and exempt claim against Synchrony Bank.

**Dated: November 20, 2019**

                                                              s/Richard M. Mayer
                                                              s/John P. Newton, Jr.
                                                              Richard M. Mayer, #5534
                                                              John P. Newton, Jr., #010817
                                                              Attorneys at Law

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Amendment has been served upon the following parties via U. S. Mail [postage prepaid], email, and/or Electronic Case Filing:

Tiffany Diiorio
Office of the U.S. Trustee

W. Grey Steed
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**

                                             s/Richard M. Mayer
                                             s/John P. Newton, Jr.
                                             Richard M. Mayer, #5534
                                             John P. Newton, Jr., #010817
                                             Attorneys at Law

**Dated: November 20, 2019**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roberto Miguel Mazzoni** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | 3:19-bk-33128-SHB |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Watch**<br>Line from *Schedule A/B*: **12.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Checking: BB & T**<br>Line from *Schedule A/B*: **17.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Savings: Knoxville TVA Employees Credit Union**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Savings: Y-12 Federal Credit Union**<br>Line from *Schedule A/B*: **17.3** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

| Debtor 1 | **Roberto Miguel Mazzoni** | | Case number (if known) | **3:19-bk-33128-SHB** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **TCPA claim against Synchrony Bank Brent Snyder, attorney**<br>Line from *Schedule A/B*: **34.1** | Unknown | ■ $9,690.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO AMENDED SCHEDULES A/B & C

    I, Roberto Miguel Mazzoni, declare under penalty of perjury that I have read the above Amendment, and the matters stated therein are true and correct to the best of my knowledge, information and belief.

DATED: 11/08/2019                                         /s/ROBERTO MIGUEL MAZZONI


DATED: 11/08/2019                                         /s/RICHARD MAYER  /s/JOHN NEWTON


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded by Electronic Case Filing (ECF) to the following:

Tiffany Diiorio
Office of the U.S. Trustee
800 Market Street, Ste. 114
Knoxville, TN 37902

W. Grey Steed
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**


Dated: 11/20/2019                                         /s/John P. Newton  /s/Richard M. Mayer
                                                                          John P. Newton  #010817
                                                                          Richard M. Mayer #0054

```
Label Matrix for local noticing         Y-12 Federal Credit Union              3
0649-3                                   c/o Kandi R. Yeager, Esq.             United States Bankruptcy Court
Case 3:19-bk-33128-SHB                   Hodges, Doughty & Carson, PLLC        Howard H. Baker Jr. U.S. Courthouse
Eastern District of Tennessee            P.O. Box 869                          Suite 330, 800 Market Street
Knoxville                                Knoxville, TN 37901-0869              Knoxville, TN 37902-2343
Wed Nov 20 12:45:56 EST 2019

Amazon/SYNCB                             Bank of America                       Capital One Bank
Attn:  Bankruptcy Dept.                  P.O. Box 15019                        P.O. Box 30285
P.O. Box 965060                          Wilmington, DE 19886-3634             Salt Lake City, UT 84130-0285
Orlando, FL 32896-5060


Capital One Bank                         Car Care/SYNCB                        Care Credit/SYNCB
P.O. Box 71083                           Attn: Bankruptcy Dept.                Attn:  Bankruptcy Dept
Charlotte, NC 28272-1083                 P.O. Box 965060                       P.O. Box 965060
                                         Orlando, FL 32896-5060                Orlando, FL 32896-5060


Citibank                                 Ed Financial Services                 Internal Revenue Service
Bankruptcy Department                    Attn: Bankruptcy Dept.                Centralized Insolvency Operations
P.O. Box 6500                            P.O. Box 36008                        P.O. Box 7346
Sioux Falls, SD 57117-6500               Knoxville, TN 37930-6008              Philadelphia, PA 19101-7346


Jareds/Comenity Bank                     Kaitlyn Mazzoni                       Kenny L. Saffles, Esq.
Attn:  Bankruptcy Dept                   712 Cain Hollow Road                  Howard H. Baker Jr. US Courthouse
P.O. Box 182125                          Pigeon Forge, TN 37863-7027           800 Market Street, #211
Columbus, OH 43218-2125                                                        Knoxville, TN 37902-2342


(p)KNOXVILLE TVA EMPLOYEES CREDIT UNION  Lending USA                           Lowes/SYNCB
PO BOX 15994                             P.O. Box 206536                       Attn:  Bankruptcy Dept.
KNOXVILLE TN 37901-5994                  Dallas, TX 75320-6536                 P.O. Box 965060
                                                                               Orlando, FL 32896-5060


Nordstrom                                ORNL Federal Credit Union             Rooms to Go/SYNCB
Attn: Bankruptcy Dept.                   221 S. Rutgers Avenue                 Attn: Bankruptcy Dept.
P.O. Box 6555                            P.O. Box 365                          P.O. Box 965060
Englewood, CO 80155-6555                 Oak Ridge, TN 37831-0365              Orlando, FL 32896-5060


Santander Consumer USA                   TN Dept of TSAC                       TSAC
P.O. Box 961245                          c/o TN Attorney General's Office      c/o Tennessee Attorney General's Of
Fort Worth, TX 76161-0244                Bankruptcy Division                   Bkpt. Division
                                         P.O. Box 20207                        P.O. Box 20207
                                         Nashville, TN 37202-4015              Nashville, TN 37202-4015


Thomas H. Dickenson, Esq.                U.S. Department of Justice            (p)US BANK
Hodges, Doughty & Carson et al           Tax Division, CTS Eastern Reg.        PO BOX 5229
P.O. Box 869                             P.O. Box 227                          CINCINNATI OH 45201-5229
Knoxville, TN 37901-0869                 Ben Franklin Station
                                         Washington, DC 20044-0227


US Dept. of Education                    United States Trustee                 Verizon Wireless
National Payment Center                  800 Market Street, Suite 114          P.O. Box 650051
P.O. Box 105081                          Howard H. Baker Jr. U.S. Courthouse   Dallas, TX 75265-0051
Atlanta, GA 30348-5081                   Knoxville, TN 37902-2303
```

```
Wal Mart/SYNCB                        William F. McCormick, Sr. Cnsl      Y-12 Federal Credit Union
Attn:  Bankruptcy Dept.               Office of the Attorney General      501 LaFayette Drive
P.O. Box 965060                       Bankruptcy Unit                     P.O. Box 2512
Orlando, FL 32896-5060                426 5th Avenue, 2nd Floor           Oak Ridge, TN 37831-2512
                                      Nashville, TN 37243-0489


John P. Newton Jr.                    Richard M. Mayer                    Roberto Miguel Mazzoni
Law Offices of Mayer & Newton         Law Offices of Mayer & Newton       2180 Ranch Road
1111 Northshore Drive                 1111 Northshore Drive               Dandridge, TN 37725-5945
Suite S-570                           Suite S-570
Knoxville, TN 37919-4084              Knoxville, TN 37919-4084


W. Grey Steed
11167 Kingston Pike, Suite 4
Knoxville, TN 37934-2857
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Knoxville TVA Employees Credit Union   US Bank/RMS CC                     End of Label Matrix
301 Wall Avenue                        Attn: Bankruptcy Dept.             Mailable recipients    36
P.O. Box 15994                         P.O. Box 5229                      Bypassed recipients     0
Knoxville, TN 37901                    Cincinnati, OH 45201               Total                  36
```