

**SO ORDERED.**
**SIGNED this 19th day of December, 2019**

_/s/ Suzanne H. Bauknight_
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

ROBERTO MIGUEL MAZZONI,    )    Case No.  3:19-BK-33128-SHB
                           )    Chapter 7
    Debtor.                )

ORDER APPROVING EMPLOYMENT OF ATTORNEYS FOR SPECIAL PURPOSE

The Trustee, W. Grey Steed, filed an Application to Employ Counsel for Special Purpose Nunc Pro Tunc to September 25, 2019, on November 21, 2019.  The Trustee requests authority to employ Alan C. Lee as special bankruptcy counsel.  In view of the Application and the Verified Statement supporting the Application, the Court finds that said counsel meet the requirements of the Bankruptcy Code with respect to employment by the Trustee, W. Grey Steed, as special counsel for a limited purpose. Accordingly, the employment by W. Grey Steed of Alan C. Lee is APPROVED. Compensation to the attorneys for their services and expenses shall be subject to Court approval after notice and hearing. Pursuant to E.D. Tenn. LBR 2014-1, this Order will be

deemed to relate back to the date of the filing of the Bankruptcy Petition, September 25, 2019.

# # #

APPROVED FOR ENTRY:


/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
PO Box 12266
Knoxville, TN 37912
865-522-3311
Attorney for W. Grey Steed, Trustee


CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, a true and correct copy of the foregoing Order has been served upon the following by electronic mail and/or ECF.

    Tiffany Dilorio, Attorney for US Trustee
    Richard M. Mayer, Attorney for Debtor

The following have been upon the persons listed below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

(Roberto Miguel Mazzoni mailing matrix attached.)

    Roberto Miguel Mazzoni
    2180 Ranch Road
    Dandridge, TN 37725

    /s/ F. Scott Milligan
    F. Scott Milligan