

**SO ORDERED.**
**SIGNED this 7th day of May, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

ROBERTO MIGUEL MAZZONI,    )    Case No. 3:19-BK-33128-SHB
                           )    Chapter 7
         Debtor.           )

<u>ORDER GRANTING MOTION TO MODIFY EMPLOYMENT OF ATTORNEYS FOR
SPECIAL PURPOSE</u>

The Trustee, W. Grey Steed, filed Motion to Modify Employment of Counsel for Special Purpose on April 6, 2020. The Trustee requests authority to modify the terms of employment for Alan C. Lee and Brent S. Snyder as special bankruptcy counsel. Said modification would permit special counsel to continue to be eligible for a 40% contingent fee plus expenses, as previously approved, or be eligible to receive an award of attorney fees and expenses from a court or arbitrator, that would be applied against or even exceed a 40% contingent fee amount. In any event, the bankruptcy estate would not be expected to pay more than the original 40% contingent fee plus expenses. It appearing to the Court that the Motion of the Trustee is appropriate, the employment of

Mr. Lee and Mr. Snyder shall be modified to accommodate the option of an award of attorney fees to be paid by the adverse party upon the terms and conditions set forth in the Motion. Otherwise, the remaining terms of the employment as originally Ordered shall remain in place. It is,

    SO ORDERED.

# # #

APPROVED FOR ENTRY:


/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
PO Box 12266
Knoxville, TN 37912
865-522-3311
Attorney for W. Grey Steed, Trustee


CERTIFICATE OF SERVICE

    I hereby certify that on April 6, 2020, a true and correct copy of the foregoing Order has been served upon the following by electronic mail and/or ECF.

    Tiffany Dilorio, Attorney for US Trustee
    Richard M. Mayer, Attorney for Debtor

The following have been upon the persons listed below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

    (Roberto Miguel Mazzoni mailing matrix attached.)

    Roberto Miguel Mazzoni
    2180 Ranch Road
    Dandridge, TN 37725

    /s/ F. Scott Milligan
    F. Scott Milligan