

**SO ORDERED.**
**SIGNED this 24th day of June, 2021**

_____

Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

In re:

| | | |
|---|---|---|
| ROBERTO MIGUEL MAZZONI, | ) | Case No.  3:19-BK-33128-SHB |
| | ) | Chapter 7 |
| Debtor. | ) | |

### ORDER APPROVING COMPROMISE

This matter is before the Court on the Motion of W. Grey Steed, Trustee, through counsel, to compromise a dispute related to the debtor's claim of improper collection efforts and/or unfair practices under federal and state law for the benefit of the bankruptcy estate.  Said Motion was filed and properly served on creditors and parties in interest entitled to receive notice, and there being no objection to the Motion presented by the Trustee, the Court is of the opinion that the Motion is well taken.  It is, therefore,

ORDERED that the Motion is granted and that the Trustee is authorized to settle the claim for the settlement amount of $17,000.00.  It is further ORDERED that upon payment of the settlement amount, the debtor and the bankruptcy estate shall have no further or other claim related to the debtor's claim of improper collection efforts and/or

1

unfair practices under federal and state law against the settling parties.   It is further

ORDERED that the Trustee may pay the debtor his $6,000.00 exempt amount from the

settlement funds.


# # #

APPROVED FOR ENTRY:


/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
PO Box 12266
Knoxville, TN 37912
865- 522-3311
Attorney for W. Grey Steed, Trustee


## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, a true and correct copy of the foregoing Order has been served upon the following by electronic mail (ECF).

Tiffany Dilorio, Attorney for US Trustee
John P. Newton, Jr., Attorney for Debtor

The following have been upon the persons listed below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

(Roberto Miguel Mazzoni mailing matrix attached.)

Roberto Miguel Mazzoni
2180 Ranch Road
Dandridge, TN 37725


/s/ F. Scott Milligan
F. Scott Milligan