SO ORDERED.
SIGNED this 24th day of June, 2021



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

ROBERTO MIGUEL MAZZONI, ) Case No. 3:19-BK-33128-SHB
 ) Chapter 7
    Debtor. )

ORDER APPROVING APPLICATION FOR COMPENSATION OF ALAN C. LEE

    W. Grey Steed, Trustee, through counsel, filed his Application for Compensation of Special Counsel Alan C. Lee on or about May 28, 2021. The Trustee requested compensation for special counsel in the amount of $2,675.00 and the reimbursement of expenses in the amount of $250.00. Notice of said Application was served on all creditors and parties in interest, including the United States Trustee; with there being no objection, the Court finds that the Application should be allowed. Accordingly, the Application for Compensation of Special Counsel is APPROVED.

    The Trustee shall be permitted to pay Alan C. Lee, special counsel, the sum of $2,675.00 as fees and $250.00 as reimbursement for expenses.

# # #

APPROVED FOR ENTRY:

/s/ F. Scott Milligan
F. Scott Milligan, BPR No. 013886
PO Box 12266
Knoxville, TN 37912
865-522-3311
Attorney for W. Grey Steed, Trustee

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, a true and correct copy of the foregoing Order has been served upon the following by electronic mail and/or ECF.

    Tiffany DiIorio, Attorney for US Trustee
    John P. Newton, Jr., Attorney for Debtor

The following have been upon the persons listed below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

    (Roberto Mazzoni mailing matrix attached.)

    Roberto Miguel Mazzoni
    2180 Ranch Road
    Dandridge, TN 37725

        /s/ F. Scott Milligan
        F. Scott Milligan